AM Santos, Esq.
AM SANTOS LAW, CHTD.
Nevada Bar No. 11265
2620 Regatta Drive Suite 102
Las Vegas, NV 89128
Telephone: 702-560-2409
Facsimile: 702-543-4855
tony@amsantoslaw.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
******

| | |
|---|---|
| ZOHA DEVELOPMENT, LLC, a Nevada limited liability company; RONALD SASSANO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MCIG, INC, a Nevada corporation; SCALABLE SOLUTIONS L.L.C., a Nevada limited liability company; MICHAEL HAWKINS, an individual; CARL G. HAWKINS, an individual; PAUL ROSENBERG, an individual; DOE Individuals 1-10; and ROE Entities I-X<br><br>Defendants. | Case No. 2:18-cv-79<br><br><br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT (FIRST REQUEST)** |

COME NOW Plaintiffs, ZOHA DEVELOPMENT, LLC and RONALD

SASSANO, an individual, by and through AM Santos, counsel of record for each,

together with MCIG, INC, MICHAEL HAWKINS; CARL G. HAWKINS, and PAUL

ROSENBERG, through Gary Milne, Esq., in turn, their attorney of record, and hereby

stipulate and agree that Plaintiff shall have an extension of time of five (5) calendar

days, up to and including April 16, 2018, in which to file their Opposition to

Defendants' Motion to Dismiss (Doc. 12) , The requested extension is necessary to allow Plaintiff to fully evaluate and address the arguments in the motion recently impeded by a neck injury which though not severe, results in sproradic (but not at present debilitating) discomfort. Plaintiff's Opposition is currently due to be filed on or before today's date, April 11, 2018. This is the Plaintiff's first request for an extension. This request is made in good faith and not for purposes of delay or prejudice to any party.

**SO STIPULATED.**

Dated April, 11, 2018

**A.M. SANTOS LAW, CHTD.**

Antony M. Santos, Esq.
Nevada Bar No. 11265
2660 Regatta Dr Ste 102
Las Vegas, Nevada 89128
Phone: (702) 560-2409
Facsimile: (702) 543-4855
tony@amsantoslaw.com

**GERRARD COX LARSEN**

Gary C. Milne, Esq.
Nevada Bar No. 3653
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
gmilne@gerrard-cox.com

**ORDER**

**IT IS SO ORDERED.**

Dated this 13th day of April 2018

RICHARD F. BOULWARE, II
**UNITED STATES DISTRICT JUDGE**

AM Santos, Esq.
AM SANTOS LAW, CHTD.
Nevada Bar No. 11265
2620 Regatta Drive Suite 102
Las Vegas, NV 89128
Telephone: 702-560-2409
Facsimile: 702-543-4855
tony@amsantoslaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
\*\*\*\*\*\*

| | |
|---|---|
| ZOHA DEVELOPMENT, LLC, a Nevada limited liability company; RONALD SASSANO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MCIG, INC, a Nevada corporation; SCALABLE SOLUTIONS L.L.C., a Nevada limited liability company; MICHAEL HAWKINS, an individual; CARL G. HAWKINS, an individual; PAUL ROSENBERG, an individual; DOE Individuals 1-10; and ROE Entities I-X <br><br> Defendants. | Case No. 2:18-cv-79 <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT (FIRST REQUEST)** |

COME NOW Plaintiffs, ZOHA DEVELOPMENT, LLC and RONALD SASSANO, an individual, by and through AM Santos, counsel of record for each, together with MCIG, INC, MICHAEL HAWKINS; CARL G. HAWKINS, and PAUL ROSENBERG, through Gary Milne, Esq., in turn, their attorney of record, and hereby stipulate and agree that Plaintiff shall have an extension of time of five (5) calendar days, up to and including April 16, 2018, in which to file their Opposition to

Defendants' Motion to Dismiss (Doc. 12), The requested extension is necessary to allow Plaintiff to fully evaluate and address the arguments in the motion recently impeded by a neck injury which though not severe, results in sproradic (but not at present debilitating) discomfort. Plaintiff's Opposition is currently due to be filed on or before today's date, April 11, 2018. This is the Plaintiff's first request for an extension. This request is made in good faith and not for purposes of delay or prejudice to any party.

**SO STIPULATED.**

Dated April, 11, 2018

**A.M. SANTOS LAW, CHTD.**

Antony M. Santos, Esq.
Nevada Bar No. 11265
2660 Regatta Dr Ste 102
Las Vegas, Nevada 89128
Phone: (702) 560-2409
Facsimile: (702) 543-4855
tony@amsantoslaw.com

**GERRARD COX LARSEN**

Gary C. Milne, Esq.
Nevada Bar No. 3653
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
gmilne@gerrard-cox.com

**ORDER**

**IT IS SO ORDERED.**

Dated this ___ day of April 2018

_____

**UNITED STATES DISTRICT JUDGE**