AM Santos, Esq.
AM SANTOS LAW, CHTD.
Nevada Bar No. 11265
2620 Regatta Drive Suite 102
Las Vegas, NV 89128
Telephone: 702-560-2409
Facsimile: 702-543-4855
tony@amsantoslaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| ZOHA DEVELOPMENT, LLC, a Nevada limited liability company; RONALD SASSANO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MCIG, INC, a Nevada corporation; SCALABLE SOLUTIONS L.L.C., a Nevada limited liability company; MICHAEL HAWKINS, an individual; CARL G. HAWKINS, an individual; PAUL ROSENBERG, an individual; DOE Individuals 1-10; and ROE Entities I-X, <br><br> Defendants. | Case No.: 2:18-cv-79-RFB-GWF <br><br> STIPULATION TO (I) STAY FURTHER PROCEEDINGS PENDING THE COURT'S ADJUDICATION OF DEFENDANTS' MOTION TO DISMISS; (II) DISMISS SCALABLE SOLUTIONS, LLC AND CARL G. HAWKINS, WITHOUT PREJUDICE; AND (III) STRIKE PARAGRAPHS 94-101 OF THE PLAINTIFFS' COMPLAINT |

Gary C. Milne, Esq. and Douglas D. Gerrard, Esq. of GERRARD COX LARSEN (Counsel for Defendants MCIG, INC, a Nevada corporation;

MICHAEL HAWKINS, an individual; CARL G. HAWKINS, an individual; PAUL ROSENBERG, an individual) together with AM Santos, Esq. of AM SANTOS LAW, CHTD (counsel for Plaintiffs RON SASSANO AND ZOHA, DEVELOPMENT, LLC) hereby stipulate to the following:

## *STIPULATED MATTERS*

1. As of this date, Plaintiffs' counsel has been unable to serve the now defunct entity, SCALABLE SOLUTIONS L.L.C. (SCALABLE). Upon information and belief, its charter (or the equivalent) with the Nevada Secretary of State has been revoked. Thus, the parties now before the Court, hereby stipulate to the dismissal of SCALABLE, without prejudice.

2. Upon conferring, and after further deliberation, the parties now before the Court hereby stipulate to the dismissal of all claims as against Defendant CARL G. HAWKINS, without prejudice, ~~and to the striking of paragraphs 94 – 101 of the Plaintiffs' Complaint (ECF No. 1)~~. 3. Subject to the Court's indulgence, the parties hereby stipulate to staying or otherwise tolling this matter until the Court has (i) deliberated upon Defendants' Motion to Dismiss, Plaintiffs' Response, and the Reply thereto as filed by Defendants; (ii) rendered its decision; and (iii) entered the resulting Order as to same.

**SO STIPULATED.**

Dated, May 16, 2018

| A.M. SANTOS LAW, CHTD. | GERRARD COX LARSEN |
|---|---|
| /s/ Antony M. Santos<br>Antony M. Santos, Esq.<br>2620 Regatta Dr Ste 102<br>Las Vegas, NV 89128<br>Phone: (702) 560-2409<br>Fax: (702) 543-4855<br>Attorney for Plaintiffs | /s/ Gary Milne<br>Gary C. Milne, Esq.<br><br>/s/ Gary Milne for<br>Douglas D. Gerrard, Esq<br><br>2450 St. Rose Pkwy, Ste 200<br>Henderson, NV 89074<br>Tel. (702)796-4000<br>Fax. (702)796-4848<br>Attorneys for Defendants |

IT IS ORDERED that the request to strike paragraphs 94-101 of the Plantiffs' Complaint [ECF No. 1 is denied.

**SO ORDERED**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of May, 2018.

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5, I hereby certify that I am an employee of the law firm of AM Santos Law, and that on the 16th day of May, 2018 I caused a copy of this **STIPULATION TO (I) STAY FURTHER PROCEEDINGS PENDING THE COURT'S ADJUDICATION OF DEFENDANTS' MOTION TO DISMISS; (II) DISMISS SCALABLE SOLUTIONS, LLC AND CARL G. HAWKINS, WITHOUT PREJUDICE; AND (III) STRIKE PARAGRAPHS 94-101 OF THE PLAINTIFFS' COMPLAINT** to be filed and served via ECF on the individuals below:

> Gary C. Milne, Esq.
> Douglas D. Gerrard, Esq.
> 2450 St. Rose Pkwy, Ste. 200
> Henderson, NV 89074
> Tel. (702)796-4000
> Fax. (702)796-4848
> Attorneys for Defendants

_/s/ Antony Michel Santos_
Antony Michel Santos