Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Gary C. Milne, Esq.
Nevada Bar No. 3653
gmilne@gerrard-cox.com
**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
Tel.  (702)796-4000
Fax.  (702)796-4848
*Attorneys for mCig, Inc., Michael Hawkins, and Paul Rosenberg*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZOHA DEVELOPMENT, LLC, a Nevada limited liability company; RONALD SASSANO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SCALABLE SOLUTIONS L.L.C., a Nevada corporation; a MCIG, INC. Nevada limited liability company; MICHAEL HAWKINS, an individual; PAUL ROSENBERG, an individual; DOE Individuals 1-10; and ROE Entities I-X,<br><br>Defendants. | Case No. 2:18-cv-00079-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE** |

The parties, through their respective counsel of record, hereby stipulate and agree to dismiss all claims that have been brought and/or that could have been brought in the above titled litigation with prejudice.

The parties hereby further stipulate and agree that each party shall bear its or his own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

/ / /

/ / /

1

This dismissal **does** completely resolve this entire matter.

IT IS SO STIPULATED AND AGREED.

DATED this 24 day of September, 2019.

| AM SANTOS LAW, CHTD. | GERRARD COX LARSEN |
|---|---|
| /s/ Anthony M. Santos, Esq. | for /s/ Douglas D. Gerrard, Esq. |
| Anthony M. Santos, Esq. | Douglas D. Gerrard, Esq. |
| Nevada Bar No. 11265 | Nevada Bar No. 4613 |
| 2620 Regatta Drive, No. 102 | Gary C. Milne, Esq. |
| Las Vegas, NV 89128 | Nevada Bar No. 3653 |
| | 2450 St. Rose Parkway, Suite 200 |
| | Henderson, NV 89074 |
| *Attorneys for Plaintiffs Zoha Development, LLC & Ronald Sassano* | *Attorneys for Defendants, mCig, Inc., Michael Hawkins, and Paul Rosenberg* |

### ORDER

The parties to this action have stipulated and agreed to the dismissal of the entire action with prejudice as set forth in the stipulation, and good cause appearing;

IT IS HEREBY ORDERED that any and all claims brought in this action are DISMISSED WITH PREJUDICE, with each party bearing its/his own respective attorney's fees and costs occurred herein.

THIS MATTER IS CLOSED.

IT IS SO ORDERED.

Dated this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE